479 F.2d 1327
 73-2 USTC P 9572
 UNITED STATES of America and Gerald T. Culver, Special
Agent, Internal Revenue Service, Plaintiffs-Appellees,
v.
E. O. BUCK, Receiver for W. L. Moody and Company, Bankers, Defendant,
v.
Shearn MOODY, Jr., Intervenor-Appellant.
 No. 73-1431.
 United States Court of Appeals,
Fifth Circuit.
 July 23, 1973.
Rehearing Denied Aug. 13, 1973.
 
 Benjamin R. Powel, Galveston, Tex., for intervenor-appellant.
 Scott P. Crampton, Meyer Rothwacks, Asst. Attys. Gen., James H. Jeffries, III, Daniel F. Ross, Attys., Tax Div., Dept. of Justice, Washington, D. C., Anthony J. P. Farris, U. S. Atty., William L. Bowers, Jr., Asst. U. S. Atty., Houston, Tex., for plaintiffs-appellees.
 Charles Sapp, Houston, Tex., for other interested parties.
 Before AINSWORTH, GODBOLD and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 After consideration of the briefs, trial record, and memorandum opinion of the District Judge (356 F.Supp. 370), we conclude that the district court should be affirmed.